

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00404-CV

**CITY OF LAREDO**,
Appellant

v.

Priscilla **RANGEL**, individually and as next friend of Andrea Adalpe, a minor,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-002103 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  September 28, 2016

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have entered into a settlement agreement and that the trial court approved the settlement of the claims of the minor child. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM